FILED
CLERK, U.S. DISTRICT COURT

OCT 2 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED GREEN, | NO. CV 11-2722-JST(E) |
| Petitioner, | |
| v. | JUDGMENT |
| RANDY GROUNDS, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 26, 2011.

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE